UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA MUNIZ,

    Plaintiff,

-against-

ANDREW M. SAUL, Commissioner of the Social Security Administration,

    Defendant.



20-CV-5988 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Pursuant to the Court's Amended Scheduling Order dated March 26, 2021 (Dkt. No. 32), the parties were directed to file a stipulation or joint letter no later than April 26, 2021. (*Id.* ¶ 2.) Although that deadline has now passed, no stipulation or joint letter has been filed. The parties shall do so no later than **May 10, 2021**.

Dated: New York, New York
       May 3, 2021

                             **SO ORDERED**.

                             _____
                             **BARBARA MOSES**
                             **United States Magistrate Judge**